1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  AMBER L. ROLLER, CA Bar No. 273354
   amber.roller@ogletree.com
3  J. NICHOLAS MARFORI, CA Bar No. 311765
   nicholas.marfori@ogletree.com
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213-239-9800
   Facsimile:   213-239-9045
6
   Attorneys for Defendant
7  DTPS C-12, LLC

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  Rafael Arroyo,                          Case No. 5:21-cv-00023-JWH (SPx)

12            Plaintiff,                     **THIRD JOINT STATUS REPORT RE STAY**

13       v.
                                            *Next Joint Status Report due January 31,*
14  DTPS C-12, LLC, a California Limited    *2023*
    Liability Company; and Does 1-10,
15                                          Complaint Filed: October 7, 2020
16            Defendants.                   Removal Date:    January 6, 2021
                                            Trial Date:      None
17                                          District Judge:  Hon. John W. Holcomb
                                                             Courtroom 2, Riverside
18                                          Magistrate Judge:Hon. Jon E. McDermott
                                                             Courtroom 3, Riverside
19

20

21

22

23

24

25

26

27

28

                                          1                 Case No. 5:21-cv-00023-JWH (SPx)

1    Pursuant to the Court's January 31, 2022 Order Granting Motion to Stay and

2  Request for Judicial Notice [Dtk. No. 38] (the "Stay Order"), in which the Court

3  stayed this action pending the Ninth Circuit Court of Appeal's decision in *Orlando*

4  *Garcia v. Gateway Hotel L.P.,* Case No. 21-55227 (the "*Gateway* Appeal"),[1]

5  plaintiff Rafael Arroyo ("Plaintiff") and defendant DTPS C-12, LLC ("Defendant")

6  hereby submit this Third Joint Status Report to inform the Court regarding the status

7  of the *Gateway* Appeal and the parties' position regarding the stay.[2]

8    Status of *Gateway* Appeal: Appellant's Opening Brief was submitted on June

9  8, 2021 and Appellee's Answering Brief was submitted on August 23, 2021.  An

10  Amicus Brief was submitted by the American Hotel & Lodging Association on

11  August 30, 2021.  On October 14, 2022, the *Gateway* Court notified the parties in

12  that case that the case is being considered for oral argument in February 2023 or in

13  the two subsequent months.  As of the date of the filing of this Third Joint Status

14  Report, no decision has been entered on this appeal.

15    On July 22, 2022, the Court of Appeals for the Ninth Circuit issued the

16  attached decision on a related appeal, *Love v. Marriott Hotel Services, Inc.*

17  ("*MHSI*"), No. 21-15458. The *MHSI* appellant filed his petitions for rehearing and

18  rehearing *en banc* on August 26, 2022, but the Court denied those petitions on

19  September 20, 2022 and issued its mandate on September 28, 2022.

20    Position Regarding Stay:  As no decision has been issued on the *Gateway*

21  appeal, and the *MHSI* appeal is not yet final, the parties request the stay on the action

22  remain in place, subject to the parties' submission of a further Joint Status Report

23  every 90 days as set forth in the Stay Order.  The next Joint Status Report is to be

24  submitted by the parties on January 31, 2023.

25

26  [1] The parties note that the Stay Order incorrectly identifies the case number for the *Gateway* Appeal as 21-5926.  The correct case number for the *Gateway* Appeal is

27  21-55227.

[2] The parties filed their initial Joint Status Report on May 6, 2022 and a Second Joint

28  Status Report on August 4, 2022. *See* ECF Nos. 39, 40.

1

2      DATED: November 2, 2022

3

4

5

6

7

8

9      DATED: November 2, 2022

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.


By:  /s/ J. Nicholas Marfori
     J. Nicholas Marfori

Attorneys for Defendant
DTPS C-12, LLC


CENTER FOR DISABILITY ACCESS


By:  /s/ Isabel Rose Masanque
     Isabel Rose Masanque
     Adrian Slipski
     Chris Seabock

Attorneys for Plaintiff
RAFAEL ARROYO

2                       Case No. 5:21-cv-00023-JWH (SPx)
THIRD JOINT STATUS REPORT RE STAY

1

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

2          Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, J. Nicholas Marfori, do attest that all

3    signatories listed, and on whose behalf the filing is submitted, concur in the filing's

4    content and have authorized the filing.

5

6    Dated:  November 2, 2022                    By:  /s/ J. Nicholas Marfori
                                                       J. Nicholas Marfori
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD JOINT STATUS REPORT RE STAY

53622829.v2-OGLETREE